UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re: **Vivian E Gonzalez**                     Case Number: 19-11553-RAM
                                                 Chapter 7
             Debtor(s)
_____/

**NOTICE OF CHANGED CIRCUMSTANCES, PROPERTY NO LONGER IN DEBTOR(S) POSSESSION, AND RULE 1019 REPORT OF CHAPTER 13 DEBTOR(S) CONVERTING TO CHAPTER 7**

Debtor(s), by and through the undersigned counsel, and pursuant to 11 U.S.C. 348 and Rule 1019 of the Federal Rules of Bankruptcy Procedure, hereby file(s) this *Notice of Changed Circumstance of Chapter 13 Debtor Converting to Chapter 7*, and states as follows:

☒ Debtor(s) income as reflected in Schedule I of the Chapter 13 petition decreased and Debtor is unable to continue to fund the Chapter 13 Plan because:
  ☐ Loss of job for a period
  ☒ Decrease in monthly disposable income
  ☐ Increase in monthly expenses

☐ Debtor(s) was unable to financially continue funding his/her Chapter 13 Plan because:
  ☐ POC filed by creditor made Chapter 13 Plan not feasible
  ☐ Other: _____

☐ Debtor(s) Chapter 13 Plan sought to cure the arrearages of Debtor(s)' homestead and Debtor sought and obtained Mortgage Modification:
  ☐ Sell his/her Debtor's Homestead property; or
  ☐ *MMM was not approved in a Ch 13*

☐ Other: _____

Debtor(s) is/are no longer in possession of the real and/or personal property listed in the following schedules:

  ☐ Schedule A: _____

  ☐ Schedule B: Bank of America Business Checking Acct #8179

            Closed in May 2019

            Navient 401K closed in October 2019

# SCHEDULE OF UNPAID DEBTS INCURRED POST-PETITION AND PRECONVERSION (RULE 1019 REPORT)

Debtor(s), by and through the undersigned counsel, pursuant to Rule 1019 of the Federal Rules of Bankruptcy Procedure, hereby files this *Schedule of Unpaid Debts Incurred Post-Petition and Pre-Conversion (Rule 1019 Report)*, and states:

| Creditors Name and Mailing Address | codebtor | Consideration for Claim | contingent | unliquidated | disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Credit Corp Solutions, Inc<br>180 West Election Road, S<br>Drapter, UT 84020 | | Lawsuit | | | | $2,500 |
| Banptist Medicla Group<br><br>PO Box 198054 | | Medical | | | | $500 |
| | | | | | | |
| **Total:** | | | | | | **$3,000** |
| | | | | | | |

Page 3.                                    In re:  **Vivian E Gonzalez**
                                           Case No.  19-11553-RAM

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via Regular U.S. Mail to all parties on the attached services list and via CM/ECF to all parties listed below on March 4, 2020.

- Nancy K. Neidich, Chapter 13 Trustee – e2c8f01@ch13miami.com and ecf2@ch13miami.com
- Office of the US Trustee – USTPRegion21.MM.ECF@usdoj.com
- Maria Yip, Chapter 7 Trustee

|  |  |
|---|---|
| **CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**<br><br>**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A). | **KINGCADE & GARCIA, P.A**<br>Counsel for the Debtor<br>Kingcade Building<br>1370 Coral Way ▪ Miami, Florida 33145-2960<br>WWW.MIAMIBANKRUPTCY.COM<br>Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542<br><br>/s/ Timothy S. Kingcade<br>□  Timothy S. Kingcade, Esq., FBN 082309<br>□  Wendy Garcia, Esq., FBN 0865478<br>□  Jessica L. McMaken, Esq., FBN 580163 |

S:\Forms\Bankruptcy\1019 Report\1019 Report-.doc

```
Label Matrix for local noticing          BMW Bank of North America,               BMW Financial Services NA, LLC, c/o AIS Port
113C-1                                   c/o AIS Portfolio Services, LP           4515 N Santa Fe Ave. Dept. APS
Case 19-11553-RAM                        4515 N Santa Fe Ave. Dept. APS           Oklahoma City, OK 73118-7901
Southern District of Florida             Oklahoma City, OK 73118-7901
Miami
Fri Feb 28 08:12:34 EST 2020

Berkeley Florist Supply Co., Inc.        JPMorgan Chase Bank, N.A.                JPMorgan Chase Bank, National Association
c/o Brandon A Rotbart, P.A.              c/o Jennifer Laufgas                     c/o Ashley P Popowitz
12000 Biscayne Blvd., Suite 502          3575 Piedmont Rd., N.E., Suite 500       110 SE 6th ST., Suite 2400
North Miami, FL 33181-2725               Atlanta, GA 30305-1623                   Ft. Lauderdale, FL 33301-5056


Law Office of Brandon A. Rotbart, P.A.   Synchrony Bank                           ADT Security Services
c/o Brandon A. Rotbart, P.A.             PRA Receivables Management, LLC          PO Box 650485
12000 Biscayne Blvd., Suite 502          PO Box 41021                             Dallas, TX 75265-0485
North Miami, FL 33181-2725               Norfolk, VA 23541-1021


ARS National Services                    Accion East, Inc                         Amex
PO Box 469100                            115 East 23rd St                         Po Box 297871
Escondido, CA 92046-9100                 New York, NY 10010-4508                  Fort Lauderdale, FL 33329-7871


(p)ASCENDIUM EDUCATION SOLUTIONS INC     Atlantic Credit & Finance, Inc.          (p)BMW FINANCIAL SERVICES
2501 INTERNATIONAL LANE                  PO BOX 2083                              CUSTOMER SERVICE CENTER
MADISON WI 53704-3180                    Warren, MI 48090-2083                    PO BOX 3608
                                                                                  DUBLIN OH 43016-0306


Berkeley Florist Supply, Inc.            Cap1/neimn                               Cap1/saks
2360 NW 23 St                            26525 N Riverwoods Blvd                  3455 Highway 80 W
Miami, FL 33142-7294                     Mettawa, IL 60045-3440                   Jackson, MS 39209-7202


Chase Bank USA, N.A.                     Chase Card                               Chase Mtg
c/o Robertson, Anschutz & Schneid, P.L.  Po Box 15298                             P.o. Box 24696
6409 Congress Avenue, Suite 100          Wilmington, DE 19850-5298                Columbus, OH 43224-0696
Boca Raton, FL 33487-2853


Citi                                     Citibank, N.A.                           Citibankna
Po Box 6241                              701 East 60th Street North               1000 Technology Dr
Sioux Falls, SD 57117-6241               Sioux Falls, SD 57104-0493               O Fallon, MO 63368-2222


Client Services                          GC Services Limited Partneship           JPMorgan Chase Bank, N.A.
3451 Harry S. Truman Blvd                PO  Box 857                              c/o Mark A. Jarman
Saint Charles, MO 63301-9816             Oaks, PA 19456-0857                      P.O Box 29550 Mail Code AZ1-1004
                                                                                  Phoenix AZ 85038-9550


JPMorgan Chase Bank, National Association Law Office of Brandon A Rotbart, P.A    MCM
Bankruptcy Department                     12000 Biscayne Blvd, Suite 502          2365 Northside Drive
Mail Code LA4-5555                        Miami, FL 33181-2725                    San Diego, CA 92108-2709
700 Kansas Lane
Monroe, LA 71203-4774
```

| | | |
|---|---|---|
| Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Navient<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Santander Consumer USA, Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161-0244 | Syncb/care Credit<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 |
| Syncb/old Navy<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/tjx Cos Dc<br>Po Box 965005<br>Orlando, FL 32896-5005 | Tate & Kirlin Associates<br>580 MIddletown Blvd<br>Suite 240<br>Langhorne, PA 19047-1876 |
| (p)TROPICAL FINANCIAL CREDIT UNION<br>3050 CORPORATE WAY<br>MIRAMAR FL 33025-6548 | Wffnatbank<br>Cscl Dispute Team N8235-04m<br>Des Moines, IA 50306 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 |
| Timothy S Kingcade Esq<br>1370 Coral Way<br>Miami, FL 33145-2960 | Vivian E Gonzalez<br>13441 SW 102 Lane<br>Miami, FL 33186-2887 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ascendium Education Solutions, Inc<br>PO BOX 8961<br>MADISON, WI 53708 | BMW Financial Services NA, LLC<br>P.O. Box 3608<br>Dublin, OH 43016 | (d)Bmw Financial Services<br>5515 Parkcenter Cir<br>Dublin, OH 43017 |
| (d)Mini Financial Services<br>PO Box 78103<br>Phoenix, AZ 85062 | Tropical Financial Cu<br>3050 Corporate Way<br>Miramar, FL 33025 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Miami | End of Label Matrix<br>Mailable recipients    43<br>Bypassed recipients     1<br>Total                   44 |